# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| ANTHONY (TONY) CONDRA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CV0161 TCM |
| ) | |
| SERVICE EMPLOYEES ) | |
| INTERNATIONAL UNION, ET AL., ) | |
| ) | |
| Defendants. ) | |

MOTION:
Granted ✓
Denied ___
Overruled ___
Date ___
[signature] 3/13/09

## MOTION TO STRIKE ADR FROM THE CASE MANAGEMENT ORDER

COMES NOW, Defendant SEIU by and through counsel following the March 12, 2009 status conference where the parties acknowledged that alternative dispute resolution (ADR) will not be productive in this case. Accordingly, Defendant SEIU moves the Court strike or rescind its earlier order referring this case to ADR.

Respectfully submitted,

/s/ Arthur J. Martin
Arthur J. Martin (E.D.Mo. 3751)
Christopher N. Grant (E.D.Mo. 114093)
SCHUCHAT, COOK & WERNER
1221 Locust Street, Second Floor
St. Louis, Missouri 63103
(314) 621-2626
FAX: (314) 621-2378
AJM@SCHUCHATCW.COM
CNG@SCHUCHATCW.COM
Counsel for Defendants Service Employees
International Union (SEIU), Andrew Stern
Tom Woodruff and Grant Williams,